**Fill in this information to identify the case:**

Debtor name  **Inphastos @ Grand Rapids. LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MICHIGAN

Case number (if known)  **20-01897**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 26, 2020**       X **/s/ Brian Cloud**
                                       Signature of individual signing on behalf of debtor

                                       **Brian Cloud**
                                       Printed name

                                       **CEO/Manager**
                                       Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Inphastos @ Grand Rapids. LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    **20-01897**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................    $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................................................    $     **8,215,261.01**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................................    $     **8,215,261.01**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $     **60,000.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $     **151,084.09**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$     **6,298,802.61**

4. **Total liabilities** ...................................................................................................................
    Lines 2 + 3a + 3b     $     **6,509,886.70**

**Fill in this information to identify the case:**

Debtor name    **Inphastos @ Grand Rapids. LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    **20-01897**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
    Name of institution (bank or brokerage firm)     Type of account     Last 4 digits of account number

4.   **Other cash equivalents** *(Identify all)*

    4.1.   **Cash Held in Dickinson Wright IOLTA Account - estimated at $150,000.00**     **$150,000.00**

5.   **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$150,000.00**

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

    11b. Over 90 days old:     **6,227,710.51**  -  **0.00** =....     **$6,227,710.51**
          face amount       doubtful or uncollectible accounts

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Inphastos @ Grand Rapids. LLC**                          Case number *(If known)* **20-01897**
         Name

| 12. | **Total of Part 3.** | | $6,227,710.51 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** | **Raw materials** | | | |
| **20.** | **Work in progress** | | | |
| **21.** | **Finished goods, including goods held for resale** | | | |
| **22.** | **Other inventory or supplies**<br>**Construction Materials**  1/20/2020 | $0.00 | Tax records | $255,300.25 |

| 23. | **Total of Part 5.** | | $255,300.25 |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

**24.**   **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.**   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

**26.**   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Inphastos @ Grand Rapids. LLC**                                        Case number *(If known)*  **20-01897**
      <sub>Name</sub>

| | | | | |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Value based on book value from balance sheet**<br>**(See Attached Exhibit B)** | $17,828.24 | Tax records | $17,828.24 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Value based on book value from balance sheet**<br>**(See Attached Exhibit C)** | $20,153.27 | Tax records | $20,153.27 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.  Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| |
|---|
| $37,981.51 |

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2019 Ford F250 Pickup**<br>**Name on Title: Inphastos Grand Rapids, LLC**<br>**VIN #: 1FT7W2BT9KED46487**<br>**Insured thorough Progressive Insurance through 07/24/20** | $0.00 | | $50,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Inphastos @ Grand Rapids. LLC**                    Case number *(If known)*  **20-01897**
_____Name_____

47.2.   **The following vehicles are owned by Debtor, but were either stolen or lost (see Exhibit E to the Statement of Financial Affairs: Vehicles, Equipment, and Machniery reported as stolen):**
**2016 GMC Sierra Truck (VIN # XXXX7043)**
**2005 Chevy Truck ((VIN # XXXX9331)**
**2007 F150 Truck (VIN # XXXX2481)**
**2006 Chevy Express Van  (VIN # XXXX5980 )**
**2005 Chevy Express Van  (VIN # XXXX5693)**
**2008 Chevy Silverado Truck  (VIN # XXXX8776)**
**2007 Chevy Truck  (VIN # XXXX0180)**
**2005 GMC Sierra Truck  (VIN # XXXX6005)**
**2006 Chevy Silverado Truck  (VIN # XXXX8520)**
**2008 GMC Sierra Truck  (VIN # XXXX7083)**
**2001 Chevy Silverado Truck  (VIN # XXXX8587)**
**2015 Chcery Silverado Truck  (VIN # XXXX4330)**
**2010 Intnational Tractor  (VIN # XXXX7125)**                    **Unknown**                              **Unknown**

47.3.   **The following trailers are owned by Debtor, but were either stolen or lost (see Exhibit E to the Statement of Financial Affairs: Vehicles, Equipment, and Machinery reported as stolen):**

**1997 XL Specialize Trailer (VIN# XXXX1250)**
**1997 Timber Wolf Trailer (VIN# XXXX1514)**
**2017 Trailer Sale Trailer (VIN # XXXX982)**
**2017 Cargo Express Trailer (VIN# XXXX3908)**
**2017 Cargo Express Trailer (VIN# XXXX4600)**
**2017 Haulmark Trailer (VIN# XXXX8461)**
**2005 Transcraft Trailer (VIN# XXXX5575)**
**2006 Transcraft Trailer (VIN# XXXX9518)**
**2005 Transcraft Trailer (VIN# XXXX7335)**                    **Unknown**                              **Unknown**

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Value based on book value from balance sheet (See Attached Exhibit D)**                    **$1,494,268.74**   **Tax records**                    **$1,494,268.74**

Debtor     **Inphastos @ Grand Rapids. LLC**                            Case number *(If known)*  **20-01897**
           Name

| | | |
|---|---|---|
| 51. | **Total of Part 8.** | **$1,544,268.74** |
| | Add lines 47 through 50.  Copy the total to line 87. | |

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| | **Claim Against Wood Builer's Home, Inc.: $383,422.79** | **$0.00** |
| | Nature of claim | |
| | Amount requested                    **$383,422.79** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Inphastos @ Grand Rapids. LLC**    Case number *(If known)* **20-01897**
Name

| | |
|---|---|
| 78. **Total of Part 11.** | $0.00 |
| Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor  **Inphastos @ Grand Rapids. LLC**          Case number *(if known)* **20-01897**
Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $150,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $6,227,710.51 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $255,300.25 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $37,981.51 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,544,268.74 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $8,215,261.01 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $8,215,261.01 |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Exhibit A**

**Inphastos, Inc.**
**Inphastos, Inc. : Inphastos @ Grand Rapids, LLC**
**A/R Aging Summary - BC**
**As of January 1, 2020**

| Customer | Name | Email Address | Phone Number | Address | City | State | Zip | Project Name | Current | 24/2020 (00) | 25/2020 (00) | 26/2020 (90) | 3/27/2020 (>90) | Open Balance | Total | Open Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - No Customer/Project - | | | | | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,868.24 | $9,868.24 | $9,868.24 |
| 101 Ago | 101 Ago | | | Ago Gas S | 65780 Cross Roads Ct | Wyoming | MI | 49519 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,376.32 | $7,376.32 | $7,376.32 |
| 104 Stellar Hospitality Muskegon, LLC | 104 Stellar Hospitality Muskegon, LLC | | | Stellar Hos | 2600 Auburn Rd, Ste. 2 | Auburn Hill | MI | 48326 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $71,769.66 | $71,769.66 | $71,769.66 |
| 105 Muskegon Superior Hospitality, LLC | 105 Muskegon Superior Hospitality, LLC | | | Muskegon | 2600 Auburn Rd, Ste. 2 | Auburn Hill | MI | 48326 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $122,659.76 | $122,659.76 | $122,659.76 |
| 107 Southman Services | 107 Southman | thewindwardgroup | | Southtown | 4310 Meadow Lane Dr | Traverse C | MI | 49685 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $320.00 | $320.00 | $320.00 |
| 118 Zeeland Lumber | 118 Zeeland Lumber | | | Zeeland Lu | 6936 Lincoln Ave SW | Zeeland | MI | 49464 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14,500.00 | $14,500.00 | $14,500.00 |
| 120 Midwest Construction | 120 Midwest Construction | | | Midwest C | 8516 Homestead Drive | Zeeland | MI | 49464 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $550.00 | $550.00 | $550.00 |
| 134 Apartments at Sauk Trail | 134 Apartments at Sauk Trail | | | Apartments | 31 Sauk Trail | Coldwater | MI | 49036 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,310.00 | $2,310.00 | $2,310.00 |
| 171 Sharlow Custom Homes | 171 Sharlow | iss@sharlowcustomhomes.com | (616) 422-8860 | Sharlow Cu | 9367 Cherry Valley Ave | Caledonia | MI | 49316 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $227.50 | $227.50 | $227.50 |
| 184 Lee Allen Homes | 184 Lee Allen Homes | dschabel@gmail.com | | Lee All | 31 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $22,376.13 | $22,376.13 | $22,376.13 |
| 185 LWR Phoenix LLC | 185 LWR F | rileylanny@gmail.com | (616) 826-2 | LWR Phoe | PO Box 150932 | Grand Rap | MI | 49515 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $723.33 | $723.33 | $723.33 |
| 190 CMS Thornapple, LLC | 190 CMS T | chris@cmsthornapple.com | | CMS Thorr | 6800 Thornapple River Allo | | MI | 49302 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13,500.00 | $13,500.00 | $13,500.00 |
| 200 Forest Hill's Homes LLC | 200 Forest Hill's Homes LLC | | | Forest Hill | 5075 Cascade Rd SE | Grand Rap | MI | 49546 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $71,650.00 | $71,650.00 | $71,650.00 |
| 208 Westbrook Construction | 208 Westbrook Construction | | | | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $55,821.28 | $55,821.28 | $55,821.28 |
| 209 Rick DyKhouse | 209 Rick DyKhouse | rickDykhouse@aol.com | (616) 437-7630 | | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $22,500.00 | $22,500.00 | $22,500.00 |
| 212 Letherer Truss | 212 Letherer Truss | | | | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,229.60 | $2,229.60 | $2,229.60 |
| 225 Alpha Grand Rapids | 225 Alpha Grand Rapids | | | Alpha Gran | 1725 Division Ave 5 | Grand Rap | MI | 49507 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51,302.50 | $51,302.50 | $51,302.50 |
| 239 Ken Koning | 239 Ken Koning | kkoning@m37cars.com | (616) 291-5 | Ken Koning | 8711 64th St | Alto | MI | 49302 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $20,000.00 | $20,000.00 | $20,000.00 |
| **Total - 25 Marshall Property Services** | | | | | | | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$560,383.28** | **$560,383.28** | **$560,383.28** |
| 25 Marshall Property Services | 25 Marshall Property Services | | | Marshall Pr | P.O. Box 278 | Kingsley | MI | 49649 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $120,127.76 | $120,127.76 | $120,127.76 |
| 25 Marshall Property Services | 25 Marshall Property Services | | | Marshall Pr | 4330 Pine Forest Blvd | Grand Rap | MI | 49525 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $120,127.76 | $120,127.76 | $120,127.76 |
| 25 Marshall Property Services | 25 Marshall Property Services | | | Marshall Pr | 4362 Pine Forest Blvd | Grand Rap | MI | 49525 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $120,127.76 | $120,127.76 | $120,127.76 |
| **Total - 59 SchaFour Builders** | | | | | | | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$2,500.00** | **$2,500.00** | **$2,500.00** |
| 59 SchaFor-chris.schatour@outlool | 59 SchaFor-chris.schatour@outlool | (989) 560-0 | | SchaFour T | 2220 N Littlefield Rd | Weidman | MI | 48893 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,250.00 | $1,250.00 | $1,250.00 |
| 59 SchaFor-chris.schatour@outlool | 59 SchaFor-chris.schatour@outlool | (989) 560-0 | | SchaFour T | 917 Quillette | Beaverton | MI | 48612 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,250.00 | $1,250.00 | $1,250.00 |
| **Total - 86 Woods Builders Homes, Inc.** | | | | | | | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$383,422.29** | **$383,422.29** | **$383,422.29** |
| 86 Woods | 86 Woods | david.woods@woods.bi | (616) 272-3 | Woods Buil | 7075 Headley St SE | ADA | MI | 49301 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $383,422.29 | $383,422.29 | $383,422.29 |
| 86 Woods | 86 Woods | david.woods@woods.bi | (616) 272-3 | Woods Buil | 2891 Frovin Oaks | Grand Rap | MI | 49525 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $383,422.29 | $383,422.29 | $383,422.29 |
| 86 Woods | 86 Woods | david.woods@woods.bi | (616) 272-3 | Woods Buil | Merryville Ct | Caledonia | MI | 49316 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $383,422.29 | $383,422.29 | $383,422.29 |
| 86 Woods | 86 Woods | david.woods@woods.bi | (616) 272-3 | Woods Buil | 2620 horbz Ste 125 | Grand Rap | MI | 49546 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $383,422.29 | $383,422.29 | $383,422.29 |
| 86 Woods | 86 Woods | david.woods@woods.bi | (616) 272-3 | Woods Buil | 1711 Division Ave, Sou | Grand Rap | MI | 49507 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $383,422.29 | $383,422.29 | $383,422.29 |
| 86 Woods | 86 Woods | david.woods@woods.bi | (616) 272-3 | Woods Builders | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $383,422.29 | $383,422.29 | $383,422.29 |
| **Total - 88 Woods Builders Homes, Inc.** | | | | | | | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$2,300,533.74** | **$2,300,533.74** | **$2,300,533.74** |
| 91 Singh C | 91 Singh C | joe.lehman@singhmail.com | | Singh Cons | 7125 Ocrix Ste 200 | West Bloor | MI | 48322 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,301,683.74 | $1,301,683.74 | $1,301,683.74 |
| 92 Midwest Lodging Group | 92 Midwest | jimmy@midwestlodging. | (248) 419-5 | Midwest Lc | 32825 Northwestern H | Farmington | MI | 48334 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $48,895.00 | $48,895.00 | $48,895.00 |
| 93 Coppernock Construction, Inc. | 93 Coppern | invoice@coppernocko | (616) 920-1 | Coppernocl | 601 5th Str Ste 300 | Grand Rap | MI | 49504 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,159,525.86 | $1,159,525.86 | $1,159,525.86 |
| 94 Pinnacle Construction Group | 94 Pinnacle | bb@askourclients.com | (616) 451-0 | Pinnacle Cc | 1000 Front Ave NW | Grand Rap | MI | 49504 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $30,512.80 | $30,512.80 | $30,512.80 |
| **Total - 95 Loyl Homes LLC** | | | | | | | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$142,444.90** | **$142,444.90** | **$142,444.90** |
| 95 Loyl Ho | 95 Loyl Ho | kurij@loylhomes.com | (616) 236-5 | Loyl Homes | 4224 Castle Drive SE | Grand Rap | MI | 49546 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $142,444.90 | $142,444.90 | $142,444.90 |
| 95 Loyl Ho | 95 Loyl Ho | kurij@loylhomes.com | (616) 236-5 | Loyl Homes | 7144 Holiday drive | Stanwood | MI | 49346 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $142,444.90 | $142,444.90 | $142,444.90 |
| **Total - 96 Schultz Builders, Inc.** | | | | | | | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$284,785.60** | **$284,785.60** | **$284,785.60** |
| 96 Schultz | 96 Schultz | matt@schultzbuilders.c | (616) 312-5 | Schultz Bui | 1636 Lake Michigan Dr | Grand Rap | MI | 49504 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $284,785.60 | $284,785.60 | $284,785.60 |
| 97 First Companies, Inc. | 97 First Companies, Inc. | | (616) 698-5 | First Comp | 4380 Brock Ste 1 | Grand Rap | MI | 49512 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $48,735.50 | $48,735.50 | $48,735.50 |
| HR Properties & Restorations | HR Properties & Restorations | | | HR Propert | 5578 Columbine | Comstock | MI | 49321 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $32,736.25 | $32,736.25 | $32,736.25 |
| Inphastos Plant 01, LLC | Inphastos | IT C_billing@Inphastos. | | Inphastos I | 6778 E. Traverse Hwy | Traverse C | MI | 49684 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $56,041.81 | $56,041.81 | $56,041.81 |
| The Windward Group | The Windw | | | The Windw | 4310 Meadow Lane Dr | Traverse C | MI | 49685 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $110,977.17 | $110,977.17 | $110,977.17 |
| | | | | | | | | | | | | | | | $550.00 | $550.00 |

Total

$0.00

$0.00

$0.00

$0.00    $6,227,710.51

$6,227,710.51

## Exhibit B- Office Furniture

| Category | Buisness | Date Acquired | Description | Book Cost |
|---|---|---|---|---|
| Office Computer & Equip | GR | 8/1/2019 | 2 x 30 In Pedestal Shop Fan | $317.98 |
| Office Furniture & Fixtures | GR | 8/1/2019 | CE 42" BD Barrel Fan 10,000 C | $359.34 |
| Office Furniture & Fixtures | GR | 8/7/2019 | Used workstation-L shaped 6 x | $9,624.92 |
| Office Furniture & Fixtures | GR | 8/20/2019 | Used Areon Staff Chair W/ Arm | $291.50 |
| Office Furniture & Fixtures | GR | 10/30/2019 | (7) Workstations; (12) Office ch | $7,234.50 |

**TOTAL** **$17,828.24**

# Exhibit C- Office Computer Hardware

| Category | Buisness | Date Acquired | Description | Book Cost |
|---|---|---|---|---|
| Office Computer & Equip | GR | 8/1/2019 | Progress Billing (1) Data Networking at GR Facility | $8,972.25 |
| Office Computer & Equip | GR | 8/31/2019 | Laptop for GR Accounting; Monitors and Docking Station; Spare Laptop for Inventory; 2x Dell 24in Monitors; Laptop for New Designer - GR; Laptop for Safety New Hire - GR; 2x Dell Computer Ultrashar 24in Monitors | $6,416.52 |
| Office Computer & Equip | GR | 10/1/2019 | Laptop for new designer GR; Laptop for GR Designer TBD; Dell precision dual usb-c thunderbolt dock; 24 Port Network Switch Network Cutover GR; Netgear 52-Port Gigabit Ethernet Insight Managed Smart Cloud PoE Switch GR; (2) HP Pavillion 32Q 32in Display Monitor; | $4,764.50 |
| TOTAL | | | | $20,153.27 |

# Exhibit D- Other Machinery, fixtures & Equipment

| Category | Business | Date Acquired | Description | Book Cost |
|---|---|---|---|---|
| Manufacturing Equipment | GR | 6/11/2019 | Hot Shot Trailer Load - For Equipment Going to GR | $3,800.00 |
| Manufacturing Equipment | GR | 6/30/2019 | Wall & Truss MFG Equipment purchased from Perham Wall Truss Co and financed with TFG | $923,020.00 |
| Manufacturing Equipment | GR | 7/24/2019 | Wright 50099 5 CU Yd Yellow HD Self Dumping Forklift Hoppper w/ Heavy Gauge Base | $15,619.10 |
| Manufacturing Equipment | GR | 9/26/2019 | Installed 2 air drops and dis start up on compressor and dryer | $980.74 |
| Manufacturing Equipment | GR | 10/3/2019 | Collector with connection cable | 465.80 |
| Manufacturing Equipment | GR | 10/28/2019 | MT20 Plates | 4,489.82 |
| Manufacturing Tools | GR | 8/1/2019 | Railroad ties to set lumber on | 414.33 |
| Manufacturing Tools | GR | 8/23/2019 | 4x Fastenmaster Framefast Tool; 3x Fastenmaster Pamfast Autofeed Screw System | 3,114.92 |
| Manufacturing Tools | GR | 9/24/2019 | Stationary Jaw, Cyl Guided GPC63, Blade installation kit | 1,622.10 |
| Manufacturing Tools | GR | 10/1/2019 | Tool for shop | 47.69 |
| Warehouse Tools | GR | 9/19/2019 | (10) Teeter Phonolic Carts | 10,176.00 |
| Fork Lifts | GR | 7/24/2019 | 12' Jib Over Forks Made By Star | 5,565.00 |
| Fork Lifts | GR | 9/4/2019 | Fork | 1,089.32 |
| Fork Lifts | GR | 10/1/2019 | Fork | 5,364.61 |
| Fork Lifts | GR | 10/1/2019 | Bobcat 250 Kohler SN | 1,105.66 |
| Delivery Containers | GR | 6/13/2019 | 4 - 20' Shipping Containers | 7,200.00 |
| Delivery Containers | GR | 6/28/2019 | 2x4-16", 4x8-3/4,2x10-14",2x6x16,1-3/4"x9 | 10,525.75 |
| Delivery Containers | GR | 6/28/2019 | 2x4-16", 4x8-3/4,2x10-14",2x6x16,1-3/4"x9 | 10,525.75 |
| Deliver Tools & Misc | GR | 8/1/2019 | Winches for 3 Semi Trailers | 1,249.85 |
| Deliver Tools & Misc | GR | 8/1/2019 | Fire Extinguishers for Semis | 222.03 |
| Deliver Tools & Misc | GR | 8/12/2019 | Digital Vinyl Wide Load Decal | 102.78 |
| Deliver Tools & Misc | GR | 9/26/2019 | Mini light bar and mount for truck | 883.74 |
| Cranes - All Sizes | GR | 5/31/2019 | Transfer Potain HDT80 Crane from Inphastos @ Grand Rapids to Equipment & Transport @ Grand Rapids | 282,500.00 |
| Cranes - All Sizes | GR | 8/1/2019 | Rigging for Crane | 1,370.95 |
| Fork Lifts | GR | 8/14/2019 | Moffett M5500BS | 38,690.00 |
| Framing & Construction T | GR | 5/22/2019 | Tools for Griffin Bldg A | 288.03 |
| Framing & Construction T | GR | 5/22/2019 | 2x4-16", 4x8-3/4,2x10-14" Tools for Griffin Bldg E | 288.03 |
| Framing & Construction T | GR | 5/23/2019 | Tools for Griffin Bldg A | 1,458.66 |
| Framing & Construction T | GR | 5/23/2019 | Tools for Griffin | 1,458.66 |
| Framing & Construction T | GR | 6/1/2019 | Tools for Griffin Bldg E | 3,982.70 |
| Framing & Construction T | GR | 6/1/2019 | Tools for Griffin Bldg E | 1,458.66 |
| Framing & Construction T | GR | 6/3/2019 | equipment/tools | 1,884.72 |
| Framing & Construction T | GR | 6/6/2019 | rodenhouse cordless screw gun | 1,038.00 |
| Framing & Construction T | GR | 6/6/2019 | tools/equipment | 428.01 |
| Framing & Construction T | GR | 6/14/2019 | Equipment | 1,695.00 |

| Category | Code | Date | Description | Amount |
|---|---|---|---|---|
| Framing & Construction T | GR | 6/14/2019 | tools panel shop | 364.54 |
| Framing & Construction T | GR | 6/14/2019 | cordless framing nailer, hitach amp compant, hour battery | 399.99 |
| Framing & Construction T | GR | 6/17/2019 | tools | 1,221.24 |
| Framing & Construction T | GR | 7/1/2019 | Took Credit for Duplicated Invoice Entry | -1,991.35 |
| Framing & Construction T | GR | 8/1/2019 | Simer Smart Geyser Automatic 1/4HP Utility Pump | 160.47 |
| Framing & Construction T | GR | 8/1/2019 | Hitach 10" Sliding dual compound miter saw | 534.20 |
| Framing & Construction T | GR | 8/1/2019 | 2x Senco 7/16" construction stapler 1"-2" | 533.54 |
| Framing & Construction T | GR | 8/1/2019 | Dewalt 20v Brushless 7-1/4" circular saw w/ brake kit | 299.00 |
| Framing & Construction T | GR | 8/1/2019 | Scaffold/Ladders for safety problems at Cedar Springs | 1,986.20 |
| Framing & Construction T | GR | 8/1/2019 | Rubber Air Hose, Pneumatic Framing Nailer; 12a Var Speed Sawzall; PAS Orange fuel Cell w/ Adapter; Honda 6500 Watt 15HP OHV Generator; 4x Paslode F350S Power Master Plus Framer; Paslode PF250S-PP Positive Placement Nailer; Paslode Pneumatic Framing Nailer; Milwau Super Sawzall Ricip Saw Kit w/ Quik-lok; Milwau Rotary Hammer Kit; Rolair Gas Air Compressor w/ 9-gal tank; Dewalt Rotary Hammer Drill Brushless; Milwau Magnum Drill w/ Keyed Chuck; Milwau Circular Saw Tilt-lok handle; 4x Dewalt Lightweight Circular Saw; 50.16civ dlaf light wire sure shot stapler double magazine; Stabila plate level w/ stand offs; Jamber set model 196 non magnetic stabila; Maktia planer; Ramset Cobra Semi-Automatic 27cal strip loads; | 761.77 |
| Framing & Construction T | GR | 8/1/2019 | Maktia 2.5HP Twin Stack Air Compressor, Hitach Cordless Framing Nailer with 18V 3.0 AMP Compact Hour Battery | 714.02 |
| Framing & Construction T | GR | 8/1/2019 | 1/4 x 100' hose w/ industrial interchange coupling & plug x 4 | 292.28 |
| Framing & Construction T | GR | 8/1/2019 | 3x Self Leveling 3 Point Laser | 465.00 |
| Framing & Construction T | GR | 8/1/2019 | Milwau Jobsite Radio and Charger, Small tools & Equipment | 9,584.62 |
| Framing & Construction T | GR | 8/1/2019 | 1/2 CU YD HD Tilt Truck 850# Capacity; Milwau 1/2" Super Hawg 2-Speed | 968.95 |
| Framing & Construction T | GR | 8/1/2019 | 50.16civ dlaf light wire sure shot stapler double magazine | 390.38 |
| Framing & Construction T | GR | 8/1/2019 | 50.16civ dlaf light wire sure shot stapler double magazine | 390.38 |
| Framing & Construction T | GR | 8/1/2019 | 22' Multi-position ladder | 390.38 |
| Framing & Construction T | GR | 8/1/2019 | 50.16civ dlaf light wire sure shot stapler double magazine | 159.00 |
| Framing & Construction T | GR | 8/1/2019 | 12 lb. Sledge Hammer 36" Hickory Paslode F35os Power Master Plus Framer, | 390.38 |
| Framing & Construction T | GR | 8/1/2019 | Quik-lok, 1" x 48" Claw/chisel stripping bar | 792.35 |
| Framing & Construction T | GR | 8/5/2019 | Paslod CF325XP 7.4V 3-1/4" Cordless Framing Nailer | 344.99 |

| Category | | Date | Description | Amount |
|---|---|---|---|---|
| Framing & Construction T | GR | 8/8/2019 | Dewalt 60V Flexvolt Circular Saw Kit W/2 Battery, | 725.94 |
| Framing & Construction T | GR | 8/8/2019 | Paslod CF325XP 7.4V 3-1/4" Cordless Framing Nailer - 2 | 399.00 |
| Framing & Construction T | GR | 8/8/2019 | Dewalt 20V Bushless Hammer Drill & Impact Kit W/2 5.0AH | 389.00 |
| Framing & Construction T | GR | 8/9/2019 | Milwau 10-1/4" Circular Saw w/ Case / Milwau 15AMP Super Sawzall Recip Saw Kit w/ / Quik-lok, Ramset Cobra Semi-Automatic 27Cal / Strip Loads 2 1/2" Cap., Dewalt 7-1/4" Lightweight Circular Saw | 595.50 |
| Framing & Construction T | GR | 8/12/2019 | Rebel Self Retract Lifeline 11' 3/16" Galv Steel Wire Rope, DBI SRL, 20' 3/16" Galvanized Cabel, Guardi 6' Single Leg Internal Shok Lanyard w/ snap hk 11200x, Guardi Velocity S-L Harneww PT Chest, TB Legs, 1 D-Ring, Dewalt 7-1/4" Lightweight - 2 | 9,834.66 |
| Framing & Construction T | GR | 8/13/2019 | 3x Milwau M18 Redlith High Output HD12.0 Battery Pack; Milwau M18 Search Light Bare Tool | 846.00 |
| Framing & Construction T | GR | 8/14/2019 | Milwau M18 Gen III Fuel 1/4" Impact driver kit | 299.00 |
| Framing & Construction T | GR | 8/14/2019 | Milwau M18 4-1/2"-5" Grinder Paddle Switch | 79.00 |
| Framing & Construction T | GR | 8/15/2019 | Milwau 15amp super sawzall recip saw kit w/ quick-lok, Joist pro JP150 1-1/2 metal connector nai | 434.24 |
| Framing & Construction T | GR | 8/16/2019 | 1/2 CU YD HD Tilt Truck 1400# capacity | 929.00 |
| Framing & Construction T | GR | 8/19/2019 | 2 x Dewalt 60V Flexvolt Circular Saw Kit w/ Battery | 780.76 |
| Framing & Construction T | GR | 8/20/2019 | 2 x Paslod CF325XP 7.4V 3-1/4" Cordless framing nailer | 693.88 |
| Framing & Construction T | GR | 8/20/2019 | Dewalt 60V Max Flexvolt Recip Saw 2 Battery Kit | 379.00 |
| Framing & Construction T | GR | 8/21/2019 | Dewalt 20V max xr brushless 1/4" 3-speed impact driver kit | 299.00 |
| Framing & Construction T | GR | 8/27/2019 | 2x Guardian Roofer Kit w/ reuseable anchor, harness, 50' lifeline | 219.98 |
| Framing & Construction T | GR | 8/28/2019 | Rolair 9HP 2Cyl Honda 9gal Air Compressor w/ Frfg | 1,629.00 |
| Framing & Construction T | GR | 8/28/2019 | Dewalt 20V Bushless Hammer Drill & Impact Kit W/2 5.0AH | 299.00 |
| Framing & Construction T | GR | 8/29/2019 | Dewalt 60V Flexvolt Circular Saw Kit w/2 Battery | 379.00 |
| Framing & Construction T | GR | 8/29/2019 | 4x Rodenhouse Cordless Screw Gun | 2,076.00 |
| Framing & Construction T | GR | 8/30/2019 | (2) Dewalt Circular Saw / (4) Paslode Cordless Framing Nailer, Joist Pro JP150 1-1/2 Metal Connector Nailer; (2) Makita 7-1/4" Circular Saw; (2) Makita 15amp AVT Recip Saw; | 2,900.76 |
| Framing & Construction T | GR | 9/1/2019 | (2) Dewalt Lightweight Circular Saw; (2) Milwaukee 13amp Super Sawzall Recip Saw; (2) Hitachi Plastic Collated Round Head Framing Nailer | 1,366.62 |
| Framing & Construction T | GR | 9/1/2019 | Light wire sure shot stapler double magazine | 390.38 |
| Framing & Construction T | GR | 9/1/2019 | Dewalt 12" Compound Miter Saw | 339.00 |
| Framing & Construction T | GR | 9/3/2019 | Framing & Construction Tools | 848.99 |
| Framing & Construction T | GR | 9/3/2019 | Hitachi 7/16" Standard Crown Stapler; Paslode PF250S-PP Positive Placement 1.5-2.5" Nailer | 668.88 |
| Framing & Construction T | GR | 9/3/2019 | Makita 8.8AMP 4"x24" Variable Speed Belt Sander | 264.11 |

| Category | | | Date | Description | Amount |
|---|---|---|---|---|---|
| Framing & Construction | T | GR | 9/5/2019 | (4) 16GA Medium crown stapler 7/16" crown, 1"-2" length | 1,342.24 |
| Framing & Construction | T | GR | 9/11/2019 | 5 - Used 4x8 Work Platform Serial: 81382-1; 81382-4, 67243-3, 79218-4, 734437-2 | 7,950.00 |
| Framing & Construction | T | GR | 9/12/2019 | 2x Paslode F350S Power Master Plus Framer | 538.00 |
| Framing & Construction | T | GR | 9/17/2019 | PLS 5 Point Green Laser Kit | 429.00 |
| Framing & Construction | T | GR | 9/17/2019 | Dewalt 20V Oscillating Multi-Tool Kit | 228.25 |
| Framing & Construction | T | GR | 9/18/2019 | Dewalt Cross Line and Plumb Spots Laser | 289.00 |
| Framing & Construction | T | GR | 9/18/2019 | Dewalt 14" Chop Saw; Dewalt 12AMP Reciprocating Saw Reconditioned; Paslod CF325XP 7.4V 3-1/4" Cordless framing nailer | 610.95 |
| Framing & Construction | T | GR | 9/26/2019 | DLAF Light Wire Sure Shot Stapler Double Magazine | 390.38 |
| Framing & Construction | T | GR | 10/1/2019 | (3) Dewalt 20V Grease Gun Kit | 765.00 |
| Framing & Construction | T | GR | 10/1/2019 | Milwaukee M18 Fuel 7-Tool combo Kit; Milwaukee M18 2-Speed Grease Gun; Hitachi Cordless Framing Nailer | 1,446.99 |
| Framing & Construction | T | GR | 10/1/2019 | Milwaukee M18 Fuel 7-Tool Combo Kit; Milwaukee M18 2-Speed Grease Gun; (3) Milwaukee High Output Battery Pack; Milwaukee Redlithium Battery | 1,973.99 |
| Framing & Construction | T | GR | 10/2/2019 | Milwaukee M18 Fuel 7-Tool Combo Kit; Hitachi Cordless Framing Nailer; Milwaukee M18 Gen III Fuel 1/2" Hammer Drill Driver | 1,416.99 |
| Framing & Construction | T | GR | 10/2/2019 | Paslode CF 325XP Cordless Framing Nailer; Dewalt Flexvolt Circular Saw Kit; nails and framing fuel | 789.43 |
| Framing & Construction | T | GR | 10/3/2019 | 15amp Super Sawzall Recip Saw Kit; (2) Paslode F350S Power Master Plus Framer | 1,008.24 |
| Framing & Construction | T | GR | 10/7/2019 | (2) Paslode CF325XP 7.4v 3-1/4" Cordless Framing Nailer; Milwaukee M18 2-Speed Grease Gun Kit w/ 1 Compact Battery | 798.10 |
| Framing & Construction | T | GR | 10/7/2019 | Bosch 12V Laser Level Combo | 256.89 |
| Framing & Construction | T | GR | 10/8/2019 | (3) Milwaukee M18 High Output HD12.0 Battery Pack; | 379.00 |
| Framing & Construction | T | GR | 10/8/2019 | Milwaukee M18 9.0AH High Demand Starter Kit w/ 1 Battery | 996.00 |
| Install Tools - Large/Elect | | GR | 7/26/2019 | framefast truss to top plate tool | 608.60 |
| Install Tools - Large/Elect | | GR | 7/31/2019 | Honda 6500Watt 13Hp OHV | 2,500.00 |
| Install Tools - Large/Elect | | GR | 8/13/2019 | Honda 6500Watt 13-HP OHV Generator | 2,499.97 |
| Install Tools - Large/Elect | | GR | 9/1/2019 | Dewalt 12V/20v Max Worksite Charger Radio | 208.61 |
| Installation Trailers & Flat | | GR | 5/23/2019 | Opening Balance for Woods Carpentry Asset Purchase | 62,700.00 |
| Installation Trailers & Flat | | GR | 8/1/2019 | Trailer Hitches | 826.78 |
| Installation Trucks & Vans | | GR | 8/29/2019 | Hitch for New Truck 07/01/19 | 222.59 |

| | | | | |
|---|---|---|---|---|
| Safety Equipment | GR | 7/25/2019 | safety equipment guardl 30' halo leading edge retractable lifeline, guardl HUV-TB harness w/11' | 7,309.81 |
| Safety Equipment | GR | 7/29/2019 | velocity harness | 637.00 |
| Safety Equipment | GR | 8/1/2019 | Floor Joist Safety Anchors- 8 | 1,637.92 |
| Safety Equipment | GR | 8/5/2019 | Safety Equipment Rebel Self Retract Lifeline 11' 3/16" Galv Steel Wire Rope, DBI SRL, 20' 3/16" | 1,730.97 |
| Safety Equipment | GR | 8/7/2019 | Galvanized Cabel, Cuardl Velocity S-L Harness PT Chest, TB Legs, 1 D-Ring - 2 | 2,159.00 |
| Safety Equipment | GR | 10/31/2019 | Josh Reid- Hard hats and safety vests | 123.64 |
| TOTAL | | | | $1,494,268.74 |

**Fill in this information to identify the case:**

Debtor name **Inphastos @ Grand Rapids. LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) **20-01897**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Ally Financial**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2019 Ford F250 Pickup**<br>**Name on Title: Inphastos Grand Rapids, LLC**<br>**VIN #: 1FT7W2BT9KED46487**<br>**Insured thorugh Progressive Insurance**<br>**through 07/24/20** | $60,000.00 | $50,000.00 |
| **Po Box 8118**<br>**Cockeysville, MD 21030**<br>Creditor's mailing address | Describe the lien<br>**Auto Lien**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| Date debt was incurred<br>**08/19/19**<br>Last 4 digits of account number | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | | | |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $60,000.00

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **Inphastos @ Grand Rapids. LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    **20-01897**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | | |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,377.78** | **$0.00** |
|---|---|---|---|---|

**2.1**

Priority creditor's name and mailing address
**Abilio M Velasquez**
**2016 Saint Charles Ave SW**
**Grand Rapids, MI 49507**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2020**

Basis for the claim:
**Payroll**

Last 4 digits of account number **n/a**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

☑ No
☐ Yes

Total claim **$2,377.78**    Priority amount **$0.00**

---

**2.2**

Priority creditor's name and mailing address
**Anthony R Shepard**
**5726 Van Buren Street**
**Hudsonville, MI 49426**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Payroll**

Last 4 digits of account number **n/a**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

☑ No
☐ Yes

Total claim **$3,161.13**    Priority amount **$0.00**

| Debtor | **Inphastos @ Grand Rapids. LLC** | Case number (if known) | **20-01897** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,524.41 | $0.00 |
|---|---|---|---|---|

**2.3**

Priority creditor's name and mailing address
**Arael Perez**
**911 Burton Street SW**
**Wyoming, MI 49509**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,524.41    $0.00

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Payroll**

Last 4 digits of account number **n/a**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.4**

Priority creditor's name and mailing address
**Benjamin D Padgett**
**7675 Bouman Drive**
**Middleville, MI 49333**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,973.44    $0.00

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Payroll**

Last 4 digits of account number **n/a**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.5**

Priority creditor's name and mailing address
**Blake Brott**
**2765 VanBuren Street**
**Hudsonville, MI 49426**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,782.00    $0.00

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Payroll**

Last 4 digits of account number **n/a**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.6**

Priority creditor's name and mailing address
**Calvin S Allen**
**536 Andover Street**
**Grand Rapids, MI 49548**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,844.46    $0.00

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Payroll**

Last 4 digits of account number **n/a**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Inphastos @ Grand Rapids. LLC**
_____
Name

Case number (if known)  **20-01897**

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,340.94** | **$0.00** |
|-----|---|---|---|---|

**Carlos Perez Lopez**
**1441 Lafayette Ave SW**
**Grand Rapids, MI 49507**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Payroll**

Last 4 digits of account number **n/a**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,864.46** | **$0.00** |
|-----|---|---|---|---|

**Charles O Oshodi**
**870 Sluyter**
**Grand Rapids, MI 49508**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Payroll**

Last 4 digits of account number **n/a**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,630.55** | **$0.00** |
|-----|---|---|---|---|

**Christopher T Heiss**
**242 Pear Street**
**Cedar Springs, MI 49319**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Payroll**

Last 4 digits of account number **n/a**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,826.50** | **$0.00** |
|------|---|---|---|---|

**Cody L Fernandez**
**7283 Steed Street SE**
**Caledonia, MI 49316**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Payroll**

Last 4 digits of account number **n/a**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Inphastos @ Grand Rapids. LLC** | Case number (if known) | **20-01897** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,680.34** | $0.00 |
|---|---|---|---|---|

**Coel Lewis**
**1321 Mary Drive**
**Wayland, MI 49348**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/1/2020** | **Payroll** |

Last 4 digits of account number **n/a**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,068.41** | $0.00 |
|---|---|---|---|---|

**Cristobal Rico Rodriguez**
**2122 Globe St. NE**
**Grand Rapids, MI 49503**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/1/2020** | **Payroll** |

Last 4 digits of account number **n/a**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$940.88** | $0.00 |
|---|---|---|---|---|

**Daniel Guarino**
**22358 Eastwood Ave**
**Warren, MI 48089**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/1/2020** | **Payroll** |

Last 4 digits of account number **n/a**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$702.00** | $0.00 |
|---|---|---|---|---|

**David E Romero**
**1607 Saint Anne Street**
**Detroit, MI 48216**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/1/2020** | **Payroll** |

Last 4 digits of account number **n/a**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Debtor | **Inphastos @ Grand Rapids. LLC** | | Case number (if known) | **20-01897** |
|---|---|---|---|---|
| | Name | | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,461.60** | **$0.00** |
|---|---|---|---|---|

**David Sollars**
**801 Lowell**
**Jackson, MI 49202**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred<br>**1/1/2020** | Basis for the claim:<br>**Payroll** |
|---|---|

Last 4 digits of account number **n/a**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$179.80** | **$0.00** |
|---|---|---|---|---|

**Douglas Blauwkamp**
**7855 Polk St**
**Hudsonville, MI 49426**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,239.93** | **$0.00** |
|---|---|---|---|---|

**Edgar Barreiro**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred<br>**1/1/2020** | Basis for the claim:<br>**Payroll** |
|---|---|

Last 4 digits of account number **n/a**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,125.00** | **$0.00** |
|---|---|---|---|---|

**Eduardo Tovar-Ortiz**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred<br>**1/1/2020** | Basis for the claim:<br>**Payroll** |
|---|---|

Last 4 digits of account number **n/a**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Inphastos @ Grand Rapids. LLC** | Case number (if known) | **20-01897** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,278.00** | **$0.00** |
|---|---|---|---|---|

**Eduardo Valdez**
**101 S Front Street**
**Apt 219**
**Belding, MI 48809**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/1/2020** | **Payroll** |

Last 4 digits of account number **n/a**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,785.00** | **$0.00** |
|---|---|---|---|---|

**Erik Velasquez**
**523 Butternut Dr.**
**Lot 252**
**Holland, MI 49424**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/1/2020** | **Payroll** |

Last 4 digits of account number **n/a**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,658.18** | **$0.00** |
|---|---|---|---|---|

**Felix Huesca Sosa**
**722 Vries Street**
**Grand Rapids, MI 49503**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/1/2020** | **Payroll** |

Last 4 digits of account number **n/a**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,777.10** | **$0.00** |
|---|---|---|---|---|

**Fermin Perez-Lopez**
**617 Liberty Ave SW**
**Grand Rapids, MI 49503**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/1/2020** | **Payroll** |

Last 4 digits of account number **n/a**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Inphastos @ Grand Rapids. LLC**
Name

Case number (if known) **20-01897**

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,792.73 | $0.00 |
|------|----------------------------------------------|------------------------------------------------|-----------|-------|

**Filberto  R Santos**
**2730 Wyoming Ave SW**
**Wyoming, MI 49519**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Payroll**

Last 4 digits of account number **n/a**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,619.40 | $0.00 |
|------|----------------------------------------------|------------------------------------------------|-----------|-------|

**Gerald  D Deuel**
**64661 Winding Woods Drive**
**Lawton, MI 49065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Payroll**

Last 4 digits of account number **n/a**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $838.14 | $0.00 |
|------|----------------------------------------------|------------------------------------------------|---------|-------|

**Germale A Hill**
**669 Burlingame**
**Detroit, MI 48202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Payroll**

Last 4 digits of account number **n/a**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,346.21 | $0.00 |
|------|----------------------------------------------|------------------------------------------------|-----------|-------|

**Gustavo Calderon-Pacas**
**611 Stolpe Street SW**
**Grand Rapids, MI 49503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Payroll**

Last 4 digits of account number **n/a**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor  **Inphastos @ Grand Rapids. LLC**
Name

Case number (if known)  **20-01897**

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $797.05 | $0.00 |
|---|---|---|---|---|
| | **Harry Kuester** | *Check all that apply.* | | |
| | **385 124th Ave** | ☐ Contingent | | |
| | **Shelbyville, MI 49344** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/1/2020** | **Payroll** | | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $654.54 | $654.54 |
|---|---|---|---|---|
| | **IRS** | *Check all that apply.* | | |
| | **PO Box 802501** | ☐ Contingent | | |
| | **Cincinnati, OH 45280** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2020** | **Employee Income Taxes Owed** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,859.47 | $0.00 |
|---|---|---|---|---|
| | **Jacob C Hays** | *Check all that apply.* | | |
| | **16 Lafayette Ave SE** | ☐ Contingent | | |
| | **Grand Rapids, MI 49503** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/1/2020** | **Payroll** | | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,819.28 | $0.00 |
|---|---|---|---|---|
| | **James Atchison** | *Check all that apply.* | | |
| | **106 Ford Rd.** | ☐ Contingent | | |
| | **Albion, MI 49224** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/1/2020** | **Payroll** | | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Inphastos @ Grand Rapids. LLC** | Case number (if known) | **20-01897** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,668.39** | **$0.00** |

**Jesus Corona Sosa**
**3501 Jefferson Street**
**Grand Rapids, MI 49548**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Payroll**

Last 4 digits of account number **n/a**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | | | | |
|---|---|---|---|---|
| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$935.00** | **$0.00** |

**Jomarr A Pye**
**15430 Rosemary**
**Oak Park, MI 48237**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Payroll**

Last 4 digits of account number **n/a**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | | | | |
|---|---|---|---|---|
| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,381.29** | **$0.00** |

**Jose Julian Ortiz Nunez**
**11792 Barkton Drive**
**Holland, MI 49424**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Payroll**

Last 4 digits of account number **n/a**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | | | | |
|---|---|---|---|---|
| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,236.53** | **$0.00** |

**Jose O Juchuna C**
**911 Burton St SW**
**Wyoming, MI 49509**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Payroll**

Last 4 digits of account number **n/a**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Inphastos @ Grand Rapids. LLC** | Case number (if known) | **20-01897** |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,659.00** | $0.00 |
|---|---|---|---|---|
| | **Josef G Riedl**<br>**2232 Kenowa SW**<br>**Grand Rapids, MI 49534** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/1/2020** | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number **n/a**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,320.55** | $0.00 |
|---|---|---|---|---|
| | **Joshua J Reid**<br>**1625 E 13 Mile Road**<br>**Madison Heights, MI 48071** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/1/2020** | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number **n/a**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,347.85** | $0.00 |
|---|---|---|---|---|
| | **Justin Lyon**<br>**11758 Andrew's Ave**<br>**Allendale, MI 49401** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/1/2020** | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number **n/a**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$679.70** | $0.00 |
|---|---|---|---|---|
| | **Kaine P Lambert**<br>**5065 E Center Road**<br>**Hastings, MI 49058** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/1/2020** | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number **n/a**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Inphastos @ Grand Rapids. LLC** | Case number (if known) | **20-01897** |
|---|---|---|---|
| | Name | | |

---

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,731.26** | $0.00 |
|---|---|---|---|---|
| | **Leonardo Perez Lopez**<br>**1040 Caulfield SW**<br>**Grand Rapids, MI 49503** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred<br>**1/1/2020** | Basis for the claim:<br>**Payroll** |
|---|---|

| Last 4 digits of account number **n/a** | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,969.98** | $0.00 |
|---|---|---|---|---|
| | **Lino Wences**<br>**127 E. 16th Street**<br>**Holland, MI 49424** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred<br>**1/1/2020** | Basis for the claim:<br>**Payroll** |
|---|---|

| Last 4 digits of account number **n/a** | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,801.06** | $0.00 |
|---|---|---|---|---|
| | **Mardon M Cuellar Martinez**<br>**477 Coate Ct SW**<br>**Grand Rapids, MI 49503** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred<br>**1/1/2020** | Basis for the claim:<br>**Payroll** |
|---|---|

| Last 4 digits of account number **n/a** | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,557.95** | $0.00 |
|---|---|---|---|---|
| | **Marty D Arntz**<br>**1341 Truman St**<br>**Casnovia, MI 49318** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred<br>**1/1/2020** | Basis for the claim:<br>**Payroll** |
|---|---|

| Last 4 digits of account number **n/a** | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | **Inphastos @ Grand Rapids. LLC** | | Case number (if known) | **20-01897** |
|---|---|---|---|---|
| | Name | | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,573.13 | $0.00 |
|---|---|---|---|---|

**2.43**

Priority creditor's name and mailing address
**Marvin A Perez Lopez
643 Crofton St. SW
Grand Rapids, MI 49503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,573.13**     **$0.00**

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Payroll**

Last 4 digits of account number **n/a**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.44**

Priority creditor's name and mailing address
**Mauricio A Villarreal-Garcia
3504 Fairwood Ct SW
Grandville, MI 49418**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,566.10**     **$0.00**

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Payroll**

Last 4 digits of account number **n/a**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.45**

Priority creditor's name and mailing address
**Michael C Steward
19751 Mark Twain
Detroit, MI 48235**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,374.34**     **$0.00**

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Payroll**

Last 4 digits of account number **n/a**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.46**

Priority creditor's name and mailing address
**Michael J Guarino
22358 Eastwood Ave
Warren, MI 48089**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$973.59**     **$0.00**

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Payroll**

Last 4 digits of account number **n/a**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Inphastos @ Grand Rapids. LLC** | | Case number (if known) | **20-01897** |
|---|---|---|---|---|
| | Name | | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,125.75** | **$0.00** |
|---|---|---|---|---|
| | **Michael T Rios**<br>**13735 Carmella Lane**<br>**Holland, MI 49424** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/1/2020** | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number **n/a**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Michigan Department**<br>**of Treasury**<br>**PO Box 30199**<br>**Lansing, MI 48909** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Michigan Department of Labor**<br>**2407 N. Grand River**<br>**Lansing, MI 48906** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Various Wage Claims filed with the Department**<br>**of Labor.  For notice Purposes.** | | |
| | Last 4 digits of account number **Multiple**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,830.35** | **$0.00** |
|---|---|---|---|---|
| | **Miguel A Mendez**<br>**1053 Sheridan Ave**<br>**Grand Rapids, MI 49503** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/1/2020** | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number **n/a**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Inphastos @ Grand Rapids. LLC** | Case number (if known) | **20-01897** |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,329.96** | **$0.00** |
|---|---|---|---|---|

**Najee E Chandler**
**18410 Sumer**
**Redford, MI 48240**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Payroll**

Last 4 digits of account number **n/a**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,930.08** | **$0.00** |
|---|---|---|---|---|

**Nicholas  W Seiter**
**5109 Village Drive SW**
**Wyoming, MI 49509**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Payroll**

Last 4 digits of account number **n/a**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,023.20** | **$0.00** |
|---|---|---|---|---|

**Paul J Moore**
**12775 Elton Street**
**Gowen, MI 49326**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Payroll**

Last 4 digits of account number **n/a**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,625.89** | **$0.00** |
|---|---|---|---|---|

**Peter J Bialk**
**15941 Fairfield St.**
**Detroit, MI 48238**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Payroll**

Last 4 digits of account number **n/a**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Inphastos @ Grand Rapids. LLC** | Case number (if known) | **20-01897** |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,846.40** | $0.00 |
|---|---|---|---|---|
| | **Rene Rios** | *Check all that apply.* | | |
| | **748 Pine Bay Ave.** | ☐ Contingent | | |
| | **Holland, MI 49424** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/1/2020** | **Payroll** | | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,158.98** | $0.00 |
|---|---|---|---|---|
| | **Rene Rodriguez** | *Check all that apply.* | | |
| | **2497 Brookdale** | ☐ Contingent | | |
| | **Holland, MI 49424** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/1/2020** | **Payroll** | | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,633.87** | $0.00 |
|---|---|---|---|---|
| | **Richard L Smith** | *Check all that apply.* | | |
| | **11520 Old Hwy 99** | ☐ Contingent | | |
| | **Montague, MI 49437** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/1/2020** | **Payroll** | | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,664.64** | $0.00 |
|---|---|---|---|---|
| | **Roberto P Gallegos** | *Check all that apply.* | | |
| | **322 Terminal Drive SW** | ☐ Contingent | | |
| | **Wyoming, MI 49509** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/1/2020** | **Payroll** | | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Inphastos @ Grand Rapids. LLC** | Case number (if known) | **20-01897** |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,212.83** | **$0.00** |
|---|---|---|---|---|
| | **Ross C Forrest**<br>**7858 E Deckerville Road**<br>**Deford, MI 48729** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/1/2020** | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,587.41** | **$0.00** |
|---|---|---|---|---|
| | **Ryan  A Grammer**<br>**111 Sunnyview Dr SW**<br>**Grandville, MI 49418** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/1/2020** | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,843.62** | **$0.00** |
|---|---|---|---|---|
| | **Sergio C Becerra**<br>**611 Stolpe Street SW**<br>**Grand Rapids, MI 49503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/1/2020** | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,150.00** | **$0.00** |
|---|---|---|---|---|
| | **Terry E Larkin**<br>**17800 Mitchell**<br>**Hamtramck, MI 48212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/1/2020** | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Debtor  **Inphastos @ Grand Rapids. LLC**                   Case number (if known)   **20-01897**
_____                    _____
Name

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,763.16 | $0.00 |
|------|---|---|---|---|

**2.63**

Priority creditor's name and mailing address

**Thomas A Mull**
**1817 Restoration Dr. S.W.**
**Byron Center, MI 49315**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,763.16      $0.00

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Payroll**

Last 4 digits of account number **n/a**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.64**

Priority creditor's name and mailing address

**Timothy B Sherwood**
**11604 Sayles Rd**
**Lowell, MI 49331**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,028.40      $0.00

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Payroll**

Last 4 digits of account number **n/a**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.65**

Priority creditor's name and mailing address

**Toribio Perez**
**1441 Lafayette Ave SW**
**Grand Rapids, MI 49507**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,984.98      $0.00

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Payroll**

Last 4 digits of account number **n/a**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.66**

Priority creditor's name and mailing address

**Tyler Reading**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$889.25      $0.00

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Payroll**

Last 4 digits of account number **n/a**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor   **Inphastos @ Grand Rapids. LLC**                                    Case number (if known)   **20-01897**
         Name

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$4,210.87** | **$4,210.87** |
|---|---|---|---|---|

**Unemployment Insurance Agency**
**3024 W Grand Blvd**
**Suite 11-500**
**Detroit, MI 48202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2020**

Basis for the claim:
**State Unemployment Insurance Owed**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$520.00** | **$0.00** |
|---|---|---|---|---|

**Walter L Copeland**
**20929 Stahelin**
**Southfield, MI 48075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2020**

Basis for the claim:
**Payroll**

Last 4 digits of account number **n/a**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | **Unknown** |

**4 Front Credit Union**
**P.O. Box 795**
**Traverse City, MI 49685-0795**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Interpleader Claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | **$28,412.11** |
|---|---|---|

**4Ward Consulting Group LLC**
**26910 92nd Ave NW**
**C-5 #452**
**Stanwood, WA 98292-5438**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | **$37,639.56** |
|---|---|---|

**All State Crane & Rigging**
**500 E 8th Street**
**Holland, MI 49423**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Debtor | **Inphastos @ Grand Rapids. LLC** | Case number *(if known)* | **20-01897** |
|---|---|---|---|
| | Name | | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,146.22** |
|---|---|---|---|
| | **Ally Bank** | ☐ Contingent | |
| | **Processing Center** | ☐ Unliquidated | |
| | **Po Box 9001951** | ☐ Disputed | |
| | **Louisville, KY 40290-1951** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,635.00** |
|---|---|---|---|
| | **Ally Logistics LLC** | ☐ Contingent | |
| | **Po Box 14027** | ☐ Unliquidated | |
| | **Cincinnati, OH 45250** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,218.06** |
|---|---|---|---|
| | **Alta Construction Equipment** | ☐ Contingent | |
| | **25538 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673-1255** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,990.51** |
|---|---|---|---|
| | **Amerhart** | ☐ Contingent | |
| | **5763 Bates Road** | ☐ Unliquidated | |
| | **Williamsburg, MI 49690** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,022.95** |
|---|---|---|---|
| | **Ameritas** | ☐ Contingent | |
| | **Po Box 81889** | ☐ Unliquidated | |
| | **Lincoln, NE 68501** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$891.24** |
|---|---|---|---|
| | **Applied Imaging** | ☐ Contingent | |
| | **900 Garfield Woods Dr** | ☐ Unliquidated | |
| | **Traverse City, MI 49686** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$883.74** |
|---|---|---|---|
| | **Arista Truck Systems Inc** | ☐ Contingent | |
| | **5125 Clay Ave SW** | ☐ Unliquidated | |
| | **Grand Rapids, MI 49548** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Inphastos @ Grand Rapids. LLC**

Name

Case number (if known) **20-01897**

| | |
|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address** |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,079.17 |
|---|---|---|---|

**3.11**

**Nonpriority creditor's name and mailing address**
**Arrowaste Inc**
**Po Box**
**Jenison, MI 49429**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,079.17**

---

**3.12**

**Nonpriority creditor's name and mailing address**
**Ashley G**
**9810 S. Dorchester Ave**
**Chicago, IL 60628**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$106,677.35**

---

**3.13**

**Nonpriority creditor's name and mailing address**
**AT&T**
**Po Box 5019**
**Carol Stream, IL 60197-5019**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,653.20**

---

**3.14**

**Nonpriority creditor's name and mailing address**
**Attitude & Experience, Inc.**
**1230 M-37 South**
**Traverse City, MI 49685**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$942.50**

---

**3.15**

**Nonpriority creditor's name and mailing address**
**Baymont Inn & Suites**
**32800 Stephenson Hwy**
**Madison Heights, MI 48071**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$90,439.15**

---

**3.16**

**Nonpriority creditor's name and mailing address**
**Beacon Hill Management**
**2617 Beacon Hill Drive**
**Auburn Hills, MI 48326**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$6,529.60**

---

**3.17**

**Nonpriority creditor's name and mailing address**
**Best One Fleet Service- Hollan**
**893 Interchange Dr**
**Holland, MI 49423**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,289.19**

---

| Debtor | **Inphastos @ Grand Rapids. LLC** | | Case number (if known) | **20-01897** |
|---|---|---|---|---|
| | Name | | | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,300.00** |
|---|---|---|---|
| | **Bloomfield Townhomes**<br>**1695 Bloomfield Dr**<br>**Grand Rapids, MI 49508** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,458.17** |
|---|---|---|---|
| | **Builders First Source**<br>**ProBuild**<br>**Po Box 74008835**<br>**Chicago, IL 60647-8835** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Chemical Bank**<br>**PO Box 100**<br>**Bay City, MI 48707** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Lawsuit Case No. 19-05200_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,302.65** |
|---|---|---|---|
| | **Cincinnati Insurance Company**<br>**Po Box 145620**<br>**Cincinnati, OH 45250-5620** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,835.52** |
|---|---|---|---|
| | **Cintas**<br>**Po Box 630910**<br>**Cincinnati, OH 45263-0910** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,763.85** |
|---|---|---|---|
| | **Cloverdale Equipment**<br>**13133 Cloverdale**<br>**Oak Park, MI 48237-3272** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$692.59** |
|---|---|---|---|
| | **Comcast**<br>**Po Box 70219**<br>**Philadelphia, PA 19176-0291** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Inphastos @ Grand Rapids. LLC** | Case number *(if known)* | **20-01897** |
|---|---|---|---|
| | Name | | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$76,666.78** |
|---|---|---|---|
| | **Connelly Crane Rental Corp.**<br>**12635 Marion**<br>**Redford, MI 48239** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,560.00** |
|---|---|---|---|
| | **Construction Saftey Advisors**<br>**3765 Broadmoor Ave SE**<br>**Suite G**<br>**Grand Rapids, MI 49512** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,162.30** |
|---|---|---|---|
| | **Consumers Energy**<br>**Payment Center**<br>**Po Box 740309**<br>**Cincinnati, OH 45274-0309** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,711.96** |
|---|---|---|---|
| | **Crystal Flash Inc**<br>**Po Box 1804**<br>**Grand Rapids, MI 49501-1804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,400.87** |
|---|---|---|---|
| | **DDW Services, LLC**<br>**5059 Mountain Ridge**<br>**Ada, MI 49301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54.06** |
|---|---|---|---|
| | **Dimension Graphics**<br>**800 Burton St SE**<br>**Grand Rapids, MI 49507** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$381.20** |
|---|---|---|---|
| | **Discount Door, LLC**<br>**4780 West River Drive NE**<br>**Comstock Park, MI 49321** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Inphastos @ Grand Rapids. LLC**                    Case number *(if known)*    **20-01897**

Name

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,151.45 |
|---|---|---|---|

**DJ Products Inc**
**1009 4th St NW**
**Little Falls, MN 56345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $962.34 |
|---|---|---|---|

**DTE Energy**
**Po Box 740786**
**Cincinnati, OH 45274-0786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $356.60 |
|---|---|---|---|

**Dykema**
**400 Renaissance Center**
**Detroit, MI 48243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,515.57 |
|---|---|---|---|

**Ebling & Son, Inc.**
**4484 Roger B Chaffee SE**
**Grand Rapids, MI 49548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $391.10 |
|---|---|---|---|

**Enviro-Master Services**
**Po Box 12350**
**Charlotte, NC 28220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,125.00 |
|---|---|---|---|

**Express Equipment Inc**
**1883 M-40**
**Holland, MI 49423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54,118.24 |
|---|---|---|---|

**Fasteners Inc**
**29276 Network Place**
**Chicago, IL 60673-1292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Inphastos @ Grand Rapids. LLC** | Case number *(if known)* | **20-01897** |
|---|---|---|---|
| | Name | | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,900.00 |
|---|---|---|---|
| | **Fine Line Transport & Rigging**<br>**13030 Ransom Street**<br>**Holland, MI 49424** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,260.74 |
|---|---|---|---|
| | **Ford Credit**<br>**PO Box 220564**<br>**Pittsburgh, PA 15257-2564** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,823.70 |
|---|---|---|---|
| | **Foundation Building Materials**<br>**6872 Paysphere Circle**<br>**Chicago, IL 60674-6872** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $62,276.04 |
|---|---|---|---|
| | **Grand Equipment**<br>**3310 Hudson Trail**<br>**Hudsonville, MI 49426** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16,194.96 |
|---|---|---|---|
| | **Grand Traverse Crane Corp.**<br>**11340 54th Avenue**<br>**Allendale, MI 49401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|
| | **Herman's Mobile Service, LLC**<br>**2875 S. Maple Valley Road**<br>**Suttons Bay, MI 49682** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $793.68 |
|---|---|---|---|
| | **Honor Building Supply, Inc.**<br>**10635 Main St**<br>**Honor, MI 49640** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Inphastos @ Grand Rapids. LLC**                          Case number *(if known)* **20-01897**
_____
Name

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Huntington Bank**
**Commercial Loan Servicing**
**2361 Morse Rd**
**Columbus, OH 43229**

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _Interpleader Claim_

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$232,059.39** |
|---|---|---|---|

**Innovative Panel Solutions, LL**
**6778 E. Traverse Hwy**
**Traverse City, MI 49684**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$479.13** |
|---|---|---|---|

**Inphastos Inc**
**1652 Keane Drive**
**Traverse City, MI 49696**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$178,090.33** |
|---|---|---|---|

**Inphastos Technology**
**1652 Keane Drive**
**Traverse City, MI 49696**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$347.55** |
|---|---|---|---|

**Integrity Business Solutions**
**1302 Industry Drive**
**Suite B**
**Traverse City, MI 49696**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,573,125.12** |
|---|---|---|---|

**Kingsley Lumber & Hardware**
**Po Box 278**
**Kingsley, MI 49649**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$584.30** |
|---|---|---|---|

**Linc Systems**
**16540 Southpark Drive**
**Westfield, IN 46074**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Inphastos @ Grand Rapids. LLC** | Case number (if known) | **20-01897** |
|---|---|---|---|
| | Name | | |

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$135.00** |
|---|---|---|---|

**Lynch Law**
**804 South Garfield Ave**
**Ste A**
**Traverse City, MI 49686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,193.52** |
|---|---|---|---|

**M&T Bank**
**PO Box 64679**
**Baltimore, MD 21264-4679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$67,738.25** |
|---|---|---|---|

**MacAllister Rentals**
**4195 Meadow Lane Drive**
**Traverse City, MI 49685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14,251.89** |
|---|---|---|---|

**Manitowoc Finance**
**Po Box 41602**
**Philadelphia, PA 19101-1602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,272.50** |
|---|---|---|---|

**MasterGraphics**
**303 W 45th Ave**
**Denver, CO 80216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$727.26** |
|---|---|---|---|

**McDonald Modular Solutions**
**54500 Pontiac Trail**
**Milford, MI 48381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$299.00** |
|---|---|---|---|

**MedExpress Urgent Care**
**Po Box 13706**
**Belfast, ME 04915-4028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Inphastos @ Grand Rapids, LLC**
_____
Name

Case number *(if known)*   **20-01897**

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,905.00** |
|---|---|---|---|

**Michigan Cat**
**Dept # 77576**
**Po Box 77000**
**Detroit, MI 48277-0576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,700.04** |
|---|---|---|---|

**Miller Welding Supply Co**
**505 Grandville SW**
**Grand Rapids, MI 49503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,890.86** |
|---|---|---|---|

**MiTek USA, Inc.**
**4399 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,100.40** |
|---|---|---|---|

**Monsma Marketing Corporation**
**2450 Buchanan Avenue SW**
**Grand Rapids, MI 49548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,100.40** |
|---|---|---|---|

**Monsma Marketing Corporation**
**Po Box 238**
**Grand Rapids, MI 49501-2380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$955.00** |
|---|---|---|---|

**MPI Concepts**
**6548 Center Industrial Drive**
**Jenison, MI 49428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00** |
|---|---|---|---|

**Nichole Kuiphof**
**15033 Tisdel Ave**
**Cedar Springs, MI 49319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Inphastos @ Grand Rapids. LLC** | Case number *(if known)* | **20-01897** |
|---|---|---|---|
| | Name | | |

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,269.00 |
|---|---|---|---|
| | **Oxford Place Apartments**<br>**2143 43rd Street SE**<br>**Grand Rapids, MI 49508** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,665.00 |
|---|---|---|---|
| | **RH Marlin Inc.**<br>**2202 W Thompson Road**<br>**Indianapolis, IN 46217** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,200.00 |
|---|---|---|---|
| | **Rowe Transport, Inc.**<br>**6207 S Harding Street**<br>**Indianapolis, IN 46217** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $32,091.07 |
|---|---|---|---|
| | **Sawyer Engine & Compressor**<br>**4090 Chicago Drive**<br>**Hudsonville, MI 49426** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $80,652.07 |
|---|---|---|---|
| | **Shoreline Power Services, Inc**<br>**6724 East Railway Commons**<br>**Williamsburg, MI 49690** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,297.89 |
|---|---|---|---|
| | **Spida USA**<br>**1 Clark Road**<br>**Shelbyville, IN 46176** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $222,809.76 |
|---|---|---|---|
| | **Standale Lumber**<br>**2971 Franklin SW**<br>**Grandville, MI 49418** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Inphastos @ Grand Rapids. LLC**                          Case number (if known)    **20-01897**
_____
Name

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,081.59 |
|---|---|---|---|

**Standale Lumber**
**5151 N US 10-31**
**Ludington, MI 49431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,266.00 |
|---|---|---|---|

**Strong Office Furniture**
**128 Coldbrook NE**
**Grand Rapids, MI 49503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,776.18 |
|---|---|---|---|

**Suburban Propane**
**Po Box 290**
**Whippany, NJ 07981-0290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,176.00 |
|---|---|---|---|

**Superior Welding & Manufacturi**
**Po Box 145**
**Hermansville, MI 49847**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,787.50 |
|---|---|---|---|

**Team Financial Group**
**650 Three Mile Road**
**Suite 200**
**Grand Rapids, MI 49544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,040.00 |
|---|---|---|---|

**The Crane Guy, LLC**
**9575 Bluff Lake St**
**Zeeland, MI 49464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,020.50 |
|---|---|---|---|

**The Montgomery Code, LLC**
**Po Box 68283**
**Grand Rapids, MI 49516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Inphastos @ Grand Rapids. LLC**                         Case number (*if known*)    **20-01897**
              Name

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,850.00 |
|---|---|---|---|

**Total Quality Logistics**
**Po Box 634558**
**Cincinnati, OH 45263-4558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,286.25 |
|---|---|---|---|

**Transport Repair Service**
**541 Burton SW**
**Grand Rapids, MI 49507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,914.48 |
|---|---|---|---|

**Weekes Forest Products Inc**
**5528 Rusche Drive NW**
**Comstock Park, MI 49321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,272.28 |
|---|---|---|---|

**Wells Fargo Dealer Services**
**Po Box 17900**
**Denver, CO 80217-0900**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $208.80 |
|---|---|---|---|

**Wood-Cutters Tooling, Inc**
**4685 Spartan Industrial Dr SW**
**Grandville, MI 49418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,899.38 |
|---|---|---|---|

**Zeeland Truss & Componets**
**5836 Clay Ave SW**
**Grand Rapids, MI 49548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **17th Circuit Court**<br>**180 Ottawa Avenue NW**<br>**Case No. 19-052000**<br>**Grand Rapids, MI 49503** | Line  **3.20**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Inphastos @ Grand Rapids. LLC** | | Case number *(if known)* | **20-01897** |
|--------|-----|--|--|--|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--|--|--|--|
| 4.2 | **Dickinson Wright, PLLC**<br>**215 S. Washington Sq**<br>**Suite 200**<br>**Lansing, MI 48933** | Line  **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Escamilla & Salisbury, PLLC**<br>**PO Box 190**<br>**Portage, MI 49081** | Line  **3.20**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Lisa A. Hall**<br>**333 Bridge St NW Suite 530**<br>**Grand Rapids, MI 49504** | Line  **3.46**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Michigan Attorney General**<br>**P.O. Box 30212**<br>**Lansing, MI 48909** | Line  **2.48**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **US Attorney's Office**<br>**333 Ionia NW**<br>**Grand Rapids, MI 49503** | Line  **2.28**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Walter Copeland**<br>**15941 Fairfield**<br>**Detroit, MI 48238** | Line  **2.68**<br><br>☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|--|--|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|--|--|--|--|
| **5a. Total claims from Part 1** | 5a. | $ | 151,084.09 |
| **5b. Total claims from Part 2** | 5b. + | $ | 6,298,802.61 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 6,449,886.70 |

**Fill in this information to identify the case:**

Debtor name **Inphastos @ Grand Rapids. LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) **20-01897**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Inphastos @ Grand Rapids. LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    **20-01897**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.1 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | |
| 2.2 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | |
| 2.3 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | |
| 2.4 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | |

**Fill in this information to identify the case:**

Debtor name **Inphastos @ Grand Rapids. LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) **20-01897**

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                 04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:** From **1/01/2020** to **Filing Date** | ■ Operating a business <br> ☐ Other | **Unknown** |
   | **For prior year:** From **1/01/2019** to **12/31/2019** | ■ Operating a business <br> ☐ Other | **$775,000.81** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   | --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
   | --- | --- | --- | --- |

| Debtor | **Inphastos @ Grand Rapids. LLC** | Case number *(if known)* **20-01897** |
|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Ford Motor Credit**<br>**Po Box 105704**<br>**Atlanta, GA 30348** | **2019 Ford F350 Pickup (VIN # XXXX2264)** | **April 2020** | **Unknown** |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Chemical Bank v. Inphastos @ Grand Rapids, LLC, et al**<br>**19-05200-CBB** | **Civil** | **17th Circuit Court**<br>**180 Ottawa Avenue NW**<br>**Grand Rapids, MI 49503** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Debtor  **Inphastos @ Grand Rapids. LLC**                    Case number *(if known)*  **20-01897**

---

| **Part 5:** | **Certain Losses** |
| --- | --- |

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
| --- | --- | --- | --- |
| **To the best of the Debtor's knowledge, the assets that were stolen or lost are attached as Exhibit E; however, Debtor has been unable to enter some of its location and therefore there may be additional assets that were either lost or stolen.  Debtor estimates the value of the lost or stolen assets at approxiamtely $450,000.** | **$0.00** | **12/2019-3/2020** | **$450,000.00** |

---

| **Part 6:** | **Certain Payments or Transfers** |
| --- | --- |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Chase Bylenga Hulst, PLLC.<br>25 Division Avenue S.<br>Suite 500<br>Grand Rapids, MI 49503** | **Attorney Fees: $5,500.00<br>Filing Fee: $335.00** | **5/18/2020** | **$5,835.00** |
| | Email or website address<br>**nikki@chasebylenga.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Chase Bylenga Hulst, PLLC.<br>25 Division Avenue S.<br>Suite 500<br>Grand Rapids, MI 49503** | **Attorney Fees Related to Winding Down Inphastos Entities: $35,000.00** | **02/25/20** | **$35,000.00** |
| | Email or website address<br>**nikki@chasebylenga.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

Debtor   **Inphastos @ Grand Rapids. LLC**                                          Case number *(if known)*  **20-01897**

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1.  **Ordinary Buyers** | **Debtor sold various construction tools, equipment, and inventory in January 2020 to try and raise funds to pay creditors.  Assets were listed for sale on Craigslist.** | **January 2020** | **$22,000.00** |
| Relationship to debtor **None** | | | |

---

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.  **3129 Chicago Drive SW Grandville, MI 49418** | **May 2019-July 2019** |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

Debtor    **Inphastos @ Grand Rapids. LLC**    Case number *(if known)* **20-01897**

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Huntington Bank**<br>**Po Box 1558 EA1W37**<br>**Columbus, OH 43216-1558** | **XXXX-5057** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **2/19/2020**<br>**Negative Balance**<br>**-$254.65** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Inphastos @ Grand Rapids. LLC**                    Case number *(if known)*  **20-01897**

---

■ No.

☐ Yes. Provide details below.

| Case title | Court or agency name and | Nature of the case | Status of case |
|------------|--------------------------|--------------------|----------------|
| Case number | address | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and | Environmental law, if known | Date of notice |
|-----------------------|----------------------------|------------------------------|----------------|
| | address | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and | Environmental law, if known | Date of notice |
|-----------------------|----------------------------|------------------------------|----------------|
| | address | | |

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|-----------------------|-------------------------------------|--------------------------------|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|------------------|-------------------------|
| 26a.1.  **Leiter Investments**<br>**4242 Mitchell Creek Dr**<br>**Suite G2**<br>**Traverse City, MI 49686** | **2019-2020** |
| 26a.2.  **Oracle America, Inc.**<br>**AKA Net Suite**<br>**15612 Collectins Center Dr.**<br>**Chicago, IL 60693** | **2019-2020** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|------------------|-------------------------|
| 26b.1.  **Leiter Investments**<br>**4242 Mitchell Creek Drive**<br>**Unit G2**<br>**Traverse City, MI 49686** | **2019-2020** |

---

Debtor    **Inphastos @ Grand Rapids. LLC**    Case number *(if known)*  **20-01897**

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| 26c.1. **Regan J. Duffy, Esquire**<br>**Duffy & Robertson, PC**<br>**1111 West Long Lake Rd, Suite 202**<br>**Troy, MI 48098** | |
| 26c.2. **Leiter Investments**<br>**4242 Mitchell Creek Drive**<br>**Unit G2**<br>**Traverse City, MI 49686** | |
| 26c.3. **Chase Bylenga Hulst, PLLC**<br>**25 Division Ave S, Suite 500**<br>**Grand Rapids, MI 49503** | |
| 26c.4. **Inphastos, Inc.**<br>**1652 Keane Dr.**<br>**Traverse City, MI 49696** | |
| 26c.5. **Oracle America, Inc.**<br>**AKA Net Suite**<br>**15612 Collectins Center Dr.**<br>**Chicago, IL 60693** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
| --- |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| 27.1. **Blake Brott and Lucas Bennett** | **01/20/2020** | **Mr. Brott and Mr. Bennett toured various Inphastos locations and job sites and inventoried the nature and extent of the assets found at each location.  However, they did not assign values to the assets.** |

| Name and address of the person who has possession of inventory records |
| --- |
| **Inphastos @ Grand Rapids, LLC**<br>**1652 Keane Drive**<br>**Traverse City, MI 49696** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **Inphastos @ Grand Rapids. LLC**    Case number *(if known)*  **20-01897**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Inphastos Inc** | **1652 Keane Dr.**<br>**Traverse City, MI 49696** | **Sole Member** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Inphastos, Inc.** | **EIN:    83-0997196** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 26, 2020**

**/s/ Brian Cloud**                                         **Brian Cloud**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **CEO/Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Exhibit E

| Description | Lien Holder | VIN / SERIAL |
|---|---|---|
| **Vehicles:** | | |
| 2016 GMC Sierra PU | Ally Financial | 1GT12TE87GF127043 |
| 2005 Chevy PU | 4 Front CU | 1GCEC14V35E109331 |
| 2007 Ford F150 PU | 4 Front CU | 1FTRX12W07FB02481 |
| 2006 Chevy Express Van | 4 Front CU | 1GCGG25V161115980 |
| 2005 Chevy Express Van | 4 Front CU | 1GCGG25V651125693 |
| 2008 Chevy Silverado PU | 4 Front CU | 1GCEC14X68Z128776 |
| 2007 Chevy PU | 4 Front CU | 1GCEK19J97Z540180 |
| 2005 GMC Sierra PU | 4 Front CU | 1GTHK23U55F886005 |
| 2006 Chevy Silverado PU | 4 Front CU | 1GCEC14X46Z228520 |
| 2008 GMC Sierra PU | 4 Front CU | 1GTEC14X58Z237083 |
| 2001 Chevy Silverado PU | 4 Front CU | 8587 |
| 2014 Chevy Silverado PU | Wells Fargo | 3GCUKREC9EG254330 |
| 2019 Chevy Express Van | Ally Financial | 1GCWGAFG7K1247125 |
| 2010 Int'nl Tractor | 4 Front CU | |
| | | |
| **Trailers & Machinery** | | |
| 1997 XL Specialize Trailer | 4 Front CU | 4U3B04820VL071250 |
| 1997 Timber Wolf Trailer | 4 Front CU | 1514 |
| 2017 Trailer Sale Trailer | 4 Front CU | 982 |
| 2017 Cargo Express Trailer | 4 Front CU | 3908 |
| 2017 Cargo Express Trailer | 4 Front CU | 4600 |
| 2017 Haulmark Trailer | 4 Front CU | 8461 |
| 2005 Transcraft Trailer | 4 Front CU | 5575 |
| 2006 Transcraft Trailer | 4 Front CU | 9518 |
| 2005 Transcraft Trailer | 4 Front CU | 7335 |
| 2012 Bobcat T650 | 4 Front CU | A3P014881 |
| 1996 Skytrack 6036 | 4 Front CU | 2402 |
| 2006 Genie S-60 | 4 Front CU | S6006-14021 |
| 2006 Genie GTH-636 Telehandler | 4 Front CU | GTH606A-8759 |
| 2006 Skytrack 6042 | 4 Front CU | 160018753 |
| 2006 Skytrack 10054 | 4 Front CU | 160017171 |
| 2008 Skytrack 10054 | 4 Front CU | 160035597 |
| 2008 Skytrack 10054 | 4 Front CU | 160037252 |
| 2004 Genie S-60 Boom F/A 1156 | 4 Front CU | S6004-9700 |
| 2005 Genie S-85 Boom F/A 120188 | 4 Front CU | S8005-4153 |
| 2001 Skytrack 10053 | 4 Front CU | 14531 |
| 2002 Skytrack 10054 | 4 Front CU | 17408 |
| 2007 Skytrack 6042 | 4 Front CU | 160030684 |
| 1999 Skytrack 10042 | 4 Front CU | 9580 |
| 2008 JLG C10-544 Telehandler | 4 Front CU | 160037498 |
| 2008 Skytrack 10054 | 4 Front CU | 160035888 |
| 1998 Zoom Boom 6044 | 4 Front CU | B6044105896 |
| Zoom Boom 6037 | 4 Front CU | B603707469E |
| 1995 Skytrack Yellow 6036 | 4 Front CU | P4179U857 |
| 2000 JLG 6042 | 4 Front CU | 0160025559 |
| 2000 JLG 6042 | 4 Front CU | 0160004519 |
| 2004 JLG 6042 | 4 Front CU | 0160004521 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Michigan

In re    **Inphastos @ Grand Rapids. LLC**            Case No.    **20-01897**

                      Debtor(s)             Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                          $        **5,835.00**

    Prior to the filing of this statement I have received             $        **5,835.00**

    Balance Due                                               $            **0.00**

2.   The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   [Other provisions as needed]
         **Representation includes the ordinary and customary services performed in a Chapter 7 from retention through the 341 meeting of creditors.  Services include: 1) analysis of options: 2) review of financial documents; 3) drafting the Petition, Schedules, Statement of Finacial Affairs, and related documents; 4) filing all required documents with the Court; 5) providing copies of the required documents to the Trustee; and 6) appearing at one 341 meeting of creditors.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions, adversary proceedings, contested matters, defense of objections, reaffirmations, mortgage modification services, negotiations, settlements, recovery of garnished funds, and United States Trustee audits.**

         **Under the terms of the retainer agreement: 1) reaffirmations cost $150.00; and 2) the firm retains 25% from the recovery of any garnished funds.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 26, 2020**                              **/s/ Steven M. Bylenga**
*Date*                                          **Steven M. Bylenga P73492**
                                       *Signature of Attorney*
                                       **Chase Bylenga Hulst, PLLC.**
                                       **25 Division Avenue S.**
                                       **Suite 500**
                                       **Grand Rapids, MI 49503**
                                       **616-608-3061  Fax: 616-719-3782**
                                       **nikki@chasebylenga.com**
                                       *Name of law firm*

08/17

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

In re:

Case No. **20-01897**

**Inphastos @ Grand Rapids. LLC**

Chapter 7

Debtor(s).

/

## ASSET PROTECTION REPORT

Pursuant to Local Bankruptcy Rule 1007-2(d), debtors filing a Chapter 7 petition and debtors in a case converting to Chapter 7 must file an Asset Protection Report. List below any property referenced on **Schedule D** (Creditors Holding Secured Claims); or **Schedule G** (Executory Contracts and Unexpired Leases); and **any insurable asset in which there is nonexempt equity.** For each asset listed, provide the following information regarding property damage or casualty insurance:

| INSURABLE ASSET (from schedules) | IS ASSET INSURED? (Yes/No) | NAME & ADDRESS OF AGENT OR INSURANCE CO. | POLICY EXPIRATION DATE (MM/YYYY) | WILL DEBTOR RENEW INSURANCE ON EXPIRATION? (Yes/No) |
|---|---|---|---|---|
| **2019 Ford F250** | **Yes** | **Progressive Insurance** | **07/24/20** | **No** |
| | | | | |
| | | | | |

If the debtor is self-employed, does the debtor have general liability insurance for business activities? Yes ☐ No ☐

I declare, under penalty of perjury, that the above information is true and accurate to the best of my knowledge. I intend to provide insurance protection for any exemptible interests in real or personal property of the estate, and I request that the trustee not expend estate funds to procure insurance coverage for my exemptible assets.

Dated: **June 26, 2020**

/s/ Brian Cloud

**Brian Cloud**
Debtor

Pursuant to LBR 1007-2(f), debtor is required to provide the trustee with a copy of the Declarations Page for any insurance policy covering an insurable asset at least 7 days before the date first set for the meeting of creditors.